**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BROWMAN FAMILY VINEYARDS, INC.,

10              Plaintiff,                         No. C 09-01070 JSW

11      v.

12   CAVIT CANTINA VITICOLTORI                    **ORDER SETTING BRIEFING**
     CONSORZIO CANTINE SOCIALI DEL                **SCHEDULE**
13   TRENTINO SOCIETA COOPERATIVA,

14              Defendant.

15   _____/

16          This matter is set for a hearing on May 29, 2009 on Defendant's motion to dismiss.  The

17   Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April

18   21, 2009 and a reply brief shall be filed by no later than April 28, 2009.

19          If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23          **IT IS SO ORDERED.**

24

25   Dated: April 6, 2009                         _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28