YOUNG & THOMPSON
Douglas V. Rigler
drigler@young-thompson.com
Jeffrey Goehring, State Bar No. 233002
jgoehring@young-thompson.com
209 Madison Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 521-2297
Facsimile: (703) 685-0573

Attorneys for CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA' COOPERATIVA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BROWN FAMILY VINEYARDS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA<br><br>Defendant. | **Case No. 3:09-01070 (JSW)**<br><br>**NOTICE OF DEFENDANT'S WITHDRAWAL OF MOTION AND ACCOMPANYING STIPULATION** |

    Defendant Cavit Cantina Viticoltori Consorzio Cantine Sociali Del Trentino Societa' Cooperative ("Cavit") has informed counsel for Plaintiff Browman Family Vineyards, Inc. ("Browman") that Cavit's counsel will accept service of Browman's Complaint in this action and will serve an answer on June 12, 2009.  With this agreement, Cavit's pending and fully briefed Motion to Dismiss (D.E. 8), set for oral argument on June 26, 2009 at 9:00 a.m. in Courtroom 11, and Cavit's Response and Objection to Plaintiff's alleged service under the Hague Convention (D.E. 23), are both moot and the parties request request cancellation of the scheduled oral argument on the morning of June 26, 2009.  This stipulation should facilitate entry of a scheduling order at the Case Management Conference set for 1:30 pm on June 26, 2009.

    The parties' counsel have agreed that on June 12, 2009 Browman will answer Cavit's

Young & Thompson
209 Madison Street, Suite 500
Alexandria, VA 22314
(703) 521-2297

complain in the related action which was filed in the Southern District of New York on March 10, 2009 and which was transferred to this District by order of the Southern District of New York of May 18, 2009, provided that the Court has docketed the transferred action at that time.

June 1, 2009

                                YOUNG & THOMPSON

                                By   /s/ Jeffrey Goehring
                                    Jeffrey Goehring
                                    State Bar No. 233002

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF DEFENDANT'S WITHDRAWAL OF MOTION AND ACCOMPANYING STIPULATION** was served by the Court's electronic filing system on this 1st day of June, 2009 on all counsel of record.

                                /s/ Jeffrey Goehring
                                Jeffrey Goehring

Pursuant to Defendant's notice of withdrawal of the pending motion, the hearing set for June 26, 2009 is HEREBY VACATED. In the future, the parties are admonished to provide proposed orders when requesting Court action.

Dated: June 2, 2009

IT IS SO ORDERED
/s/ Jeffrey S. White
Judge Jeffrey S. White

NOTICE OF DEFENDANT'S WITHDRAWAL OF MOTION AND ACCOMPANYING STIPULATION, 3:09-01070 (JSW)
Page 2 of 2