# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CAVIT CANTINA,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>BROWMAN FAMILY VINEYARDS,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. C 09-02470 MEJ<br><br>**ORDER OF REFERRAL** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Jeffrey S. White for the purpose of considering whether it is related to the following case: C 09-1070 JSW, *Browman Family Vineyards, Inc. V. Civit Cantina*, as requested in the parties' June 10, 2009 Stipulated Administrative Motion. (Dkt. #3.)

**IT IS SO ORDERED.**

Dated: June 17, 2009

_____
Maria-Elena James
United States Magistrate Judge