IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROWN FAMILY VINYARDS, INC.

**CASE NO.** 3:09-01070 (JSW)

Plaintiff,

v.

CAVIT CANTINA VITICOLTORI
CONSORZIO CANTINE SOCIALI DEL

Defendant.

/

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Douglas V. Rigler                              , whose business address and telephone number is

Young & Thompson, 209 Madison Street, Suite 500, Alexandria, Virginia 22314.
Tel. 703-521-2297

and who is an active member in good standing of the bar of  New York State and S.D.N.Y.

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 19, 2009

Jeffrey S White
Jeffrey S. White
United States District      Judge