1  Robert E. White, State Bar No. 78567
   Law Offices of Robert E. White
2  177 Post Street, Suite 890
   San Francisco, CA 94108
3  Telephone: (415) 788-6151
   Facsimile: (415) 788-6154
4
   Douglas V. Rigler, Pro Hac Vice
5  Jeffrey M. Goehring, State Bar No. 233002
   YOUNG & THOMPSON
6  209 Madison Street, Suite 500
   Alexandria, Virginia 22314
7  Telephone: 703-521-2297
   Facsimile: 703-685-0573
8
   Attorneys for Plaintiff,
9  Cavit Cantina Viticoltori Consorzio Cantine Sociali Del
   Trentino Societa' Cooperative
10

11 J. Scott Gerien, State Bar No. 184728
   Megan Ferrigan Healy, State Bar No. 229177
12 DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
13 Napa, California 94559
   Telephone: (707) 252-7122
14 Facsimile: (707) 255-6876

15 Attorneys for Defendant,
   Browman Family Vineyards, Inc.
16

17
18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20
21
22
23
24
25
26
27
28  STIPULATION REGARDING              1       Case No. C09-02470 JSW (EMC)
    RESOLUTION OF DISCOVERY
    DISPUTE AND CANCELLATION OF               Case No. C09-1070 JSW (EMC)
    HEARING

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.,<br><br>Defendant; AND<br><br>_____/<br><br>BROWMAN FAMILY VINEYARDS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant.<br><br>_____/ | CASE NO. C 09-02470 JSW (EMC)<br><br><br><br><br><br><br><br><br><br>CASE NO. C09-1070 JSW (EMC)<br>(related cases)<br><br>**STIPULATION REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING** |

The parties, having reached agreement regarding the discovery dispute, hereby withdraw their letter dated July 2, 2009 (D.E. 47] regarding the dispute and request cancellation of the Hearing scheduled for July 28, 2009.

---

| | | |
|---|---|---|
| STIPULATION REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING | 2 | Case No. C09-02470 JSW (EMC)<br>Case No. C09-1070 JSW (EMC) |

July 24, 2009

Respectfully submitted,

YOUNG & THOMPSON

By /s/ Douglas V. Rigler
Douglas V. Rigler

Attorney for Plaintiff,
Cavit Cantina Viticoltori Consorzio Cantine Sociali Del Trentino Societa' Cooperative

DICKENSON, PEATMAN & FOGARTY

By /s/ J. Scott Gerien
J. Scott Gerien

Attorney for Defendant and Counterclaimant,
Browman Family Vineyards, Inc.

It is so ORDERED:

Dated: July 24, 2009

Edward M. Chen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATION REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING** was served by the Court's electronic filing system on this 24th day of July, 2009 on all counsel of record.

/s/ Douglas V. Rigler
Douglas V. Rigler

STIPULATION REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING

3

Case No. C09-02470 JSW (EMC)

Case No. C09-1070 JSW (EMC)