1
2
3
4
5

ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9               (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 10  CAVIT CANTINA VITICOLTORI | )    Case No. C 3:09-01070 JSW (EMC) |
| 11  CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, | ) |
| | )    Case No. C 09-02470 JSW (EMC) |
| 12      Plaintiff, | )    (related cases) |
| 13  v. | )    **STIPULATION & [PROPOSED]** |
| | )    **ORDER ADJUSTING BRIEFING** |
| 14  BROWMAN FAMILY VINEYARDS INC., | )    **SCHEDULE ON CROSS-** |
| | )    **MOTIONS TO COMPEL AND** |
| 15      Defendant. | )    **FOR PROTECTIVE ORDER** |
| 16  BROWMAN FAMILY VINEYARDS INC. | )    Date: November 24, 2009 |
| | )    Time: 10:30 a.m. |
| 17      Plaintiff and Counterdefendant | )    Place: Courtroom C, 15th Floor, |
| | )    450 Golden Gate Avenue, San |
| 18  v. | )    Francisco, CA |
| 19  CAVIT CANTINA VITICOLTORI | )    BEFORE MAGISTRATE JUDGE |
| 20  CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, | )    EDWARD M. CHEN |
| | ) |
| 21      Defendant and Counterclaimant. | ) |
| 22 | |

23          IT IS HEREBY STIPULATED by and between the parties, through their

24  counsel, as follows:

25                    RECITALS

26          A. There is currently set for hearing on November 24, 2009, at 10:30 a.m., the

27  motion of Plaintiff and Counterdefendant BROWMAN FAMILY VINEYARDS INC.

28  [hereinafter "BROWMAN"] To Compel pertaining to certain discovery propounded by

-1-

STIPULATION & ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS TO COMPEL
& FOR PROTECTIVE ORDER

1  BROWMAN upon Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI

2  CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

3  [hereinafter "CAVIT"].  Also set for hearing on the same date and time is a Motion For

4  Protective Order filed by CAVIT pertaining to the same discovery requests.

5         B.  Pursuant to the Local Rules of this Court, opposition to the respective

6  motions is currently due on or before Tuesday, November 3, 2009.  Reply filings are due on or

7  before November 10, 2009.

8         C.  CAVIT is in the process of substituting new lead counsel.  It is anticipated

9  that the application to substitute counsel and accompanying pro hac vice application will be

10 submitted shortly.

11        D.  In order to provide new counsel with sufficient time to review the pending

12 motion papers, to prepare opposition to BROWMAN's Motion to Compel, and to otherwise

13 orient themselves into the matter,

14        IT IS THEREFORE STIPULATED as follows:

15                          STIPULATION

16        1.  The foregoing Recitals are incorporated by reference.

17        2.  The parties respectfully request the Court to extend the time for filing

18 opposition to the respective motions to November 10, 2009, with reply submissions to be filed

19 on or before November 17, 2009, each representing an extension of one week from the current

20 dates.  The parties acknowledge that this reduces the Court's time to review the parties'

21 respective submissions and thank the Court in advance for any accommodation that is

22 extended in that regard.

23        SO STIPULATED.

24 Dated:  October 29, 2009.                LAW OFFICES OF ROBERT E. WHITE

25

26                          By: _____/s/_____
                                Local Counsel for CAVIT CANTINA
27                              VITICOLTORI CONSORZIO CANTINE
                                SOCIALI DEL TRENTINO SOCIETA
28                              COOPERATIVA

STIPULATION & ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS  TO COMPEL
& FOR PROTECTIVE ORDER

1

SO STIPULATED.

2   Dated:  October 29, 2009.                    DICKENSON, PEATMAN & FOGARTY

3

By:   _____/s/_____

4                                              J. SCOTT GERIEN
                                               Attorneys for BROWMAN FAMILY
5                                              VINEYARDS INC.

6                       ORDER APPROVING STIPULATION

7            The foregoing stipulation is approved and IT IS SO ORDERED.   Opposition shall be filed
     by 11/6/09.  Reply shall be filed by 11/13/09.
8

Dated:  October ___, 2009.               _____
9                   November 2, 2009                HONORABLE EDWARD C. CHEN
                                               UNITED STATES MAGISTRATE JUDGE
10

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS  TO COMPEL
& FOR PROTECTIVE ORDER

1

<u>SIGNATURE ATTESTATION</u>

2       I hereby attest that I have on file all holograph signatures for any signatures

3    indicated by a "conformed" signature (/S/) within the efiled document, entitled

4    **STIPULATION & [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE ON**

5    **CROSS-MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER**

6    Dated:  October 29, 2009.                    LAW OFFICES OF ROBERT E. WHITE

7

8                              By: _____/s/_____

9                                   ROBERT E. WHITE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER ADJUSTING BRIEFING SCHEDULE ON CROSS-MOTIONS  TO COMPEL
& FOR PROTECTIVE ORDER