ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>v.<br><br>BROWMAN FAMILY VINEYARDS INC.,<br><br>Defendant. | Case No. C 3:09-01070 JSW (EMC)<br><br>Case No. C 09-02470 JSW (EMC)<br><br>(related cases)<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING**<br><br>Date: November 24, 2009<br>Time: 10:30 a.m. |
| BROWMAN FAMILY VINEYARDS INC.<br><br>Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant and Counterclaimant. | Place: Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA<br><br>BEFORE MAGISTRATE JUDGE EDWARD M. CHEN |

IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

1. There is currently set for hearing on November 24, 2009, at 10:30 a.m., the motion of Plaintiff and Counterdefendant BROWMAN FAMILY VINEYARDS INC. [hereinafter "BROWMAN"] To Compel pertaining to certain discovery propounded by BROWMAN upon Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI

-1-
STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING

1 | CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA [hereinafter "CAVIT"]. Also set for hearing on the same date and time is a Motion For Protective Order filed by CAVIT pertaining to the same discovery requests.

2. The parties, having reached agreement regarding the discovery dispute, hereby withdraw their respective motions described above and request cancellation of the hearings scheduled for November 24, 2009.

SO STIPULATED.

Dated: November 5, 2009.    LAW OFFICES OF ROBERT E. WHITE

By: _____/s/_____
Local Counsel for CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA

SO STIPULATED.

Dated: November 5, 2009.    DICKENSON, PEATMAN & FOGARTY

By: _____/s/_____
J. SCOTT GERIEN
Attorneys for BROWMAN FAMILY VINEYARDS INC.

ORDER APPROVING STIPULATION

The foregoing stipulation is approved and IT IS SO ORDERED.

Dated: November 6, 2009.

_____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING**

Dated: November 5, 2009.                    LAW OFFICES OF ROBERT E. WHITE


By: _____/s/_____
    ROBERT E. WHITE