ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA  94108
Telephone:  (415) 788-6151
Facsimile:   (415) 788-6154
e-mail:  rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, <br><br> Plaintiff, <br><br> v. <br><br> BROWMAN FAMILY VINEYARDS INC., <br><br> Defendant. <br><br> BROWMAN FAMILY VINEYARDS INC. <br><br> Plaintiff and Counterdefendant <br><br> v. <br><br> CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, <br><br> Defendant and Counterclaimant. | Case No. C 3:09-01070 JSW (EMC) <br><br> Case No. C 09-02470 JSW (EMC) <br><br> (related cases) <br><br> **STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING** <br><br> Date:  November 24, 2009 <br> Time:  10:30 a.m. <br> Place:  Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA <br><br> BEFORE MAGISTRATE JUDGE EDWARD M. CHEN |

     IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

     1. There is currently set for hearing on November 24, 2009, at 10:30 a.m., the motion of Plaintiff and Counterdefendant BROWMAN FAMILY VINEYARDS INC. [hereinafter "BROWMAN"] To Compel pertaining to certain discovery propounded by BROWMAN upon Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI

1  CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA
2  [hereinafter "CAVIT"].  Also set for hearing on the same date and time is a Motion For
3  Protective Order filed by CAVIT pertaining to the same discovery requests.
4      2.  The parties, having reached agreement regarding the discovery dispute,
5  hereby withdraw their respective motions described above and request cancellation of the
6  hearings scheduled for November 24, 2009.
7      SO STIPULATED.
8  Dated:  November 5, 2009.     LAW OFFICES OF ROBERT E. WHITE

                                               By:  _____/s/_____
                                               Local Counsel for CAVIT CANTINA
                                               VITICOLTORI CONSORZIO CANTINE
                                               SOCIALI DEL TRENTINO SOCIETA
                                               COOPERATIVA

13      SO STIPULATED.
14  Dated:  November 5, 2009.     DICKENSON, PEATMAN & FOGARTY

                                               By:  _____/s/_____
                                               J. SCOTT GERIEN
                                               Attorneys for BROWMAN FAMILY
                                               VINEYARDS INC.

18                      ORDER APPROVING STIPULATION
19      The foregoing stipulation is approved and IT IS SO ORDERED.
20
21  Dated:  November 6, 2009.
                                               _____
                                               HONORABLE EDWARD M. CHEN
                                               UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED.  Judge Edward M. Chen*

STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **STIPULATION & [PROPOSED] ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE & CANCELLATION OF HEARING**

Dated:  November 5, 2009.                    LAW OFFICES OF ROBERT E. WHITE


                                             By:  _____/s/_____
                                                  ROBERT E. WHITE

-3-
STIPULATION & ORDER REGARDING RESOLUTION OF DISCOVERY DISPUTE AND CANCELLATION OF HEARING