EDMUND J. FERDINAND III (PRO HAC VICE PENDING)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300
e-mail: ferdinand@gandb.com

ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Attorneys for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BROWMAN FAMILY VINEYARDS INC.<br><br>Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant and Counterclaimant. | Case No. C 3:09-01070 JSW<br><br>**APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR DEFENDANT & COUNTERCLAIMANT CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA** |

Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA hereby applies to substitute EDMUND J. FERDINAND III (PRO HAC VICE APPLICATION PENDING) of the firm of GRIMES & BATTERSBY, LLP, as its attorney of record in this action in the place of Douglas V. Rigler, Jeffrey M. Goehring and the firm of YOUNG & THOMPSON.  Messrs. Rigler, Goehring and the YOUNG & THOMPSON firm have consented to this substitution as indicated below by execution of this application.

1  This application is made subject to the approval by this Court of the pro hac
2  vice application of Mr. Ferdinand.
3  The parties hereto further consent to the continued association of ROBERT E.
4  WHITE (CAL. BAR NO. 78567) as local counsel for Defendant and Counterclaimant.

5  Dated: October 27, 2009.           GRIMES & BATTERSBY, LLP
                                      EDMUND J. FERDINAND, III
6

7
                                      By: _____/s/_____
8                                          EDMUND J. FERDINAND, III

9  I accept this substitution.

10 Dated: October 27, 2009.           YOUNG & THOMPSON
                                      DOUGLAS V. RIGLER
11                                    JEFFREY M. GOEHRING

12

13                                    By: _____/s/_____
                                           DOUGLAS V. RIGLER
14

15 I accept this continued association as local counsel.

16 Dated: October 27, 2009.           LAW OFFICES OF ROBERT E. WHITE
                                      ROBERT E. WHITE
17

18                                    By: _____/s/_____
                                           ROBERT E. WHITE
19 I consent to this substitution.

20 Dated: November 6, 2009.           CAVIT CANTINA VITICOLTORI
                                      CONSORZIO CANTINE SOCIALI DEL
21                                    TRENTINO SOCIETA COOPERATIVA

22

23                                    By: __/s/ [Enrico Zanoni]_____
                                          _____[signature]
24                                        ___President_____[capacity]

25

26

27

28
                                      -2-
APPLICATION & ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFT/COUNTERCLAIMANT
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA'
COOPERATIVE, No.  C 09-01070 JSW

1  ORDER APPROVING SUBSTITUTION OF ATTORNEYS

2  The foregoing application for substitution of attorneys is approved and

3  IT IS SO ORDERED.

4  Dated:  November 30, 2009.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-3-
APPLICATION & ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFT/COUNTERCLAIMANT
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA'
COOPERATIVE, No.  C 09-01070 JSW

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR DEFENDANT AND COUNTERCLAIMANT CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA**

Dated:  November 6, 2009.                    LAW OFFICES OF ROBERT E. WHITE


                                             By: _____/s/_____
                                                 ROBERT E. WHITE