EDMUND J. FERDINAND III (PRO HAC VICE PENDING)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300
e-mail: ferdinand@gandb.com

ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Attorneys for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BROWMAN FAMILY VINEYARDS INC.<br><br>    Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>    Defendant and Counterclaimant. | Case No. C 3:09-01070 JSW<br><br>**APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR DEFENDANT & COUNTERCLAIMANT CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA** |

Defendant and Counterclaimant CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA hereby applies to substitute EDMUND J. FERDINAND III (PRO HAC VICE APPLICATION PENDING) of the firm of GRIMES & BATTERSBY, LLP, as its attorney of record in this action in the place of Douglas V. Rigler, Jeffrey M. Goehring and the firm of YOUNG & THOMPSON. Messrs. Rigler, Goehring and the YOUNG & THOMPSON firm have consented to this substitution as indicated below by execution of this application.

1    This application is made subject to the approval by this Court of the pro hac
2    vice application of Mr. Ferdinand.
3    The parties hereto further consent to the continued association of ROBERT E.
4    WHITE (CAL. BAR NO. 78567) as local counsel for Defendant and Counterclaimant.

5    Dated: October 27, 2009.            GRIMES & BATTERSBY, LLP
                                         EDMUND J. FERDINAND, III
6

7
                                         By: _____/s/_____
8                                            EDMUND J. FERDINAND, III

9    I accept this substitution.

10   Dated: October 27, 2009.            YOUNG & THOMPSON
                                         DOUGLAS V. RIGLER
11                                       JEFFREY M. GOEHRING

12

13
                                         By: _____/s/_____
14                                           DOUGLAS V. RIGLER

15   I accept this continued association as local counsel.

16   Dated: October 27, 2009.            LAW OFFICES OF ROBERT E. WHITE
                                         ROBERT E. WHITE
17

18
                                         By: _____/s/_____
                                             ROBERT E. WHITE
19   I consent to this substitution.

20   Dated: November 6, 2009.            CAVIT CANTINA VITICOLTORI
                                         CONSORZIO CANTINE SOCIALI DEL
21                                       TRENTINO SOCIETA COOPERATIVA

22

23                                       By: __/s/ [Enrico Zanoni]_____
                                             _____[signature]
24                                           ____President_____[capacity]

25

26

27

28
                                         -2-
APPLICATION & ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFT/COUNTERCLAIMANT
CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA'
COOPERATIVE, No. C 09-01070 JSW

ORDER APPROVING SUBSTITUTION OF ATTORNEYS

The foregoing application for substitution of attorneys is approved and IT IS SO ORDERED.

Dated:  November 30, 2009.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1 SIGNATURE ATTESTATION

2       I hereby attest that I have on file all holograph signatures for any signatures

3 indicated by a "conformed" signature (/S/) within the efiled document, entitled

4 **APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER**

5 **THEREON FOR DEFENDANT AND COUNTERCLAIMANT CAVIT CANTINA**

6 **VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA**

7 **COOPERATIVA**

8 Dated:  November 6, 2009.                    LAW OFFICES OF ROBERT E. WHITE

9

10                                                    By: _____/s/_____
                                                              ROBERT E. WHITE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28