1  ROBERT E. WHITE (Cal. Bar No. 78567)
   LAW OFFICES OF ROBERT E. WHITE
2  177 Post Street, Suite 890
   San Francisco, CA 94108
3  Telephone: (415) 788-6151
   Facsimile: (415) 788-6154
4  e-mail: rew@rwhitesf.com

5  Local counsel for Cavit Cantina Viticoltori Consorzio
   Cantine Sociali Del Trentino Societa Cooperativa

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9              (SAN FRANCISCO DIVISION)

10 CAVIT CANTINA VITICOLTORI              )  Case No. C 09-02470 JSW (EMC)
   CONSORZIO CANTINE SOCIALI DEL          )
11 TRENTINO SOCIETA COOPERATIVA,          )  Case No. C 3:09-01070 JSW (EMC)
                                          )
12         Plaintiff,                     )
                                          )  (related cases)
13 v.                                     )
                                          )  **STIPULATION & [PROPOSED]**
14 BROWMAN FAMILY VINEYARDS INC.,         )  **ORDER REGARDING**
                                          )  **CONSOLIDATION OF CASES**
15         Defendant.                     )
   _____    )
16 BROWMAN FAMILY VINEYARDS INC.          )
                                          )
17     Plaintiff and Counterdefendant     )
                                          )
18 v.                                     )
                                          )
19 CAVIT CANTINA VITICOLTORI              )
   CONSORZIO CANTINE SOCIALI DEL          )
20 TRENTINO SOCIETA COOPERATIVA,          )
                                          )
21     Defendant and Counterclaimant.     )
   _____    )

22

23         IT IS HEREBY STIPULATED by and between the parties, through their

24 counsel, as follows:

25         1) The above-captioned matters involve common questions of law and fact.

26         2) Consolidation of the above-captioned matters for all purposes, including but

27 not limited to discovery, pretrial motions, and trial, will aid in the efficient and economic

28 disposition of these matters.

-1-

STIPULATION & ORDER REGARDING CONSOLIDATION OF CASES

3)  For purposes of the consolidated action, the action captioned CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA v. BROWMAN FAMILY VINEYARDS INC., Case No. C 09-02470 JSW (EMC), having been filed first in New York and then subsequently transferred to this District, shall be designated as the lead case and future filings shall be made in C 3:09-02470 JSW only.

4)  The parties therefore respectfully request the Court to approve their stipulation and effect the requested consolidation.

SO STIPULATED.

Dated:  March 1, 2010.                    LAW OFFICES OF ROBERT E. WHITE


                                          By: _____/s/_____
                                          Local Counsel for CAVIT CANTINA
                                          VITICOLTORI CONSORZIO CANTINE
                                          SOCIALI DEL TRENTINO SOCIETA
                                          COOPERATIVA


SO STIPULATED.

Dated:  March 1,  2010.                   DICKENSON, PEATMAN & FOGARTY


                                          By: _____/s/_____
                                          J. SCOTT GERIEN
                                          Attorneys for BROWMAN FAMILY
                                          VINEYARDS INC.

ORDER APPROVING STIPULATION

The foregoing stipulation is approved and IT IS SO ORDERED.

Dated:  March 5 , 2010.                   _____
                                          HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER REGARDING CONSOLIDATION OF CASES