ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151
Facsimile: (415) 788-6154
e-mail: rew@rwhitesf.com

Local counsel for Cavit Cantina Viticoltori Consorzio
Cantine Sociali Del Trentino Societa Cooperativa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff,<br><br>v.<br><br>BROWMAN FAMILY VINEYARDS INC.,<br><br>Defendant. | Case No. C 09-02470 JSW (EMC)<br><br>Case No. C 3:09-01070 JSW (EMC)<br><br>(related cases)<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING CONSOLIDATION OF CASES** |
| BROWMAN FAMILY VINEYARDS INC.<br><br>Plaintiff and Counterdefendant<br><br>v.<br><br>CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Defendant and Counterclaimant. | |

IT IS HEREBY STIPULATED by and between the parties, through their counsel, as follows:

1) The above-captioned matters involve common questions of law and fact.

2) Consolidation of the above-captioned matters for all purposes, including but not limited to discovery, pretrial motions, and trial, will aid in the efficient and economic disposition of these matters.

-1-
STIPULATION & ORDER REGARDING CONSOLIDATION OF CASES

3) For purposes of the consolidated action, the action captioned CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA v. BROWMAN FAMILY VINEYARDS INC., Case No. C 09-02470 JSW (EMC), having been filed first in New York and then subsequently transferred to this District, shall be designated as the lead case and future filings shall be made in C 3:09-02470 JSW only.

4) The parties therefore respectfully request the Court to approve their stipulation and effect the requested consolidation.

SO STIPULATED.

Dated: March 1, 2010.            LAW OFFICES OF ROBERT E. WHITE

                                 By:  _____/s/_____
                                 Local Counsel for CAVIT CANTINA
                                 VITICOLTORI CONSORZIO CANTINE
                                 SOCIALI DEL TRENTINO SOCIETA
                                 COOPERATIVA

SO STIPULATED.

Dated: March 1, 2010.            DICKENSON, PEATMAN & FOGARTY

                                 By:  _____/s/_____
                                 J. SCOTT GERIEN
                                 Attorneys for BROWMAN FAMILY
                                 VINEYARDS INC.

## ORDER APPROVING STIPULATION

The foregoing stipulation is approved and IT IS SO ORDERED.

Dated: March 5, 2010.

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION & ORDER REGARDING CONSOLIDATION OF CASES