J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant and Counterclaimant,
BROWMAN FAMILY VINEYARDS, INC.

EDMUND J. FERDINAND III (Pro Hac Vice)
GRIMES & BATTERSBY, LLP
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Attorneys for Plaintiff and Counterdefendant,
CAVIT CANTINA VITICOLTORI CONSORZIO
CANTINE SOCIALI DEL TRENTINO SOCIETA
COOPERATIVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-01070 JSW (EMC)<br><br>**STIPULATION TO DISMISS CLAIMS WITH PREJUDICE AND VOLUNTARY ABANDON TRADEMARK REGISTRATIONS; [PROPOSED] ORDER** |

STIPULATION TO DISMISS CLAIMS WITH
PREJUDICE AND VOLUNTARILY ABANDON
TRADEMARK REGISTRATIONS; [PROPOSED]
ORDER

1

C 09-01070 JSW (EMC)

Pursuant to Civil Local Rule 7-12 and Fed.R.Civ.P. 41, the parties in this action, by signature of their counsel below, hereby stipulate and request that the Court dismiss the following claims in this matter with prejudice:

1) Cavit's claims for federal trademark dilution under the Lanham Act 15 U.S.C. § 1125(c), trademark dilution under New York General Business Law § 360-L and trademark dilution under California Business and Professions Code § 14247; and

2) Browman's claim for declaratory judgment that Cavit's CAVIT mark is not famous and not likely to be diluted by Plaintiff's CAVUS mark.

3) Browman's claim for cancellation of Cavit's U.S. Trademark Registration Nos. 2,876,168 and 2,885,765.

Pursuant to this stipulation Cavit shall file an express abandonment of U.S. Trademark Registration Nos. 2,876,168 and 2,885,765 with the U.S. Patent and Trademark Office within seven (7) days of entry of order. Each side shall bear its own costs and fees.

///

///

///

///

///

///

///

///

///

///

///

///

///

1

2  Dated: _6/3/10_____          DICKENSON, PEATMAN & FOGARTY

3
                                            By __/J. Scott Gerien/_____
4                                               J. Scott Gerien
                                                Megan Ferrigan Healy
5                                               809 Coombs Street
                                                Napa, California  94559
6                                               Telephone: 707-252-7122
                                                Facsimile: 707-255-6876
7

8                                               Attorneys for Defendant and
                                                Counterclaimant,
9                                               BROWMAN FAMILY VINEYARDS, INC.

10

11 Dated: _6/3/10_____          GRIMES & BATTERSBY, LLP

12
                                            By ____/Edmund J. Ferdinand, III_____
13                                              Edmund Ferdinand
                                                488 Main Avenue
14                                              Norwalk, CT  06851
                                                Telephone: 203-849-8300
15                                              Facsimile: 203-849-9300

16                                              Attorneys for Plaintiff and
                                                Counterdefendant,
17                                              CAVIT CANTINA VITICOLTORI
                                                CONSORZIO CANTINE SOCIALI DEL
18                                              TRENTINO SOCIETA COOPERATIVA

19

20

21

22

23

24

25

26

27

28 STIPULATION TO DISMISS CLAIMS WITH         3                    C 09-01070 JSW (EMC)
   PREJUDICE AND VOLUNTARILY ABANDON
   TRADEMARK REGISTRATIONS; [PROPOSED]
   ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 7, 2010

_____

U.S. District Court Judge

STIPULATION TO DISMISS CLAIMS WITH PREJUDICE AND VOLUNTARILY ABANDON TRADEMARK REGISTRATIONS; [PROPOSED] ORDER 　　　4　　　C 09-01070 JSW (EMC)