IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWMAN FAMILY VINEYARDS, INC., | |
| Plaintiff, | No. C 09-01070 JSW |
| v. | |
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA, | **AMENDED ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| Defendant. | |

The Court ORDERS that pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted within sixty days, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED to October 12, 2010 at 2:00 p.m. and November 1, 2010 at 8:00 a.m., respectively. The parties are directed to file all future documents in the above-captioned case and not in Case No. 09-02470.

**IT IS SO ORDERED.**

Dated: June 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Ellen Fritz