| | |
|---|---|
| 1 | EDMUND J. FERDINAND III (Pro Hac Vice)<br>GRIMES & BATTERSBY, LLP |
| 2 | 488 Main Avenue<br>Norwalk, CT 06851 |
| 3 | Telephone: (203) 849-8300<br>Facsimile: (203) 849-9300 |
| 4 | e-mail: ferdinand@gandb.com |
| 5 | ROBERT E. WHITE (Cal. Bar. No. 78567)<br>LAW OFFICES OF ROBERT E. WHITE |
| 6 | 177 Post Street, Suite 890<br>San Francisco, CA 94108 |
| 7 | Telephone: (415) 788-6151<br>Facsimile: (415) 788-6154 |
| 8 | e-mail: rew@rwhitesf.com |
| 9 | Attorneys for Plaintiff and Counterdefendant,<br>CAVIT CANTINA VITICOLTORI CONSORZIO |
| 10 | CANTINE SOCIALI DEL TRENTINO SOCIETA<br>COOPERATIVA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIT CANTINA VITICOLTORI CONSORZIO CANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BROWMAN FAMILY VINEYARDS, INC.<br><br>Defendant and Counterclaimant. | CASE NO. C 09-02470 JSW (EMC)<br><br>CASE NO. C 3:09-01070 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE ORDER REGARDING CONSOLIDATION OF CASES DATED 3/5/10 AND CONFLICTING "AMENDED ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE" DATED 6/9/10**<br>(CIV. L.R. 7-11) |

Upon reading the motion of Plaintiff and counterdefendant CAVIT CANTINA VITICOLTORI CONSORZIOCANTINE SOCIALI DEL TRENTINO SOCIETA COOPERATIVA [hereinafter "Cavit"] for administrative relief pursuant to Civ. L.R. 7-11, to reinstate the Court's order of March 5, 2010 providing that all filings in these consolidated matters be in Case No. 09-02470 rather than in Case No. 09-01070, the supporting declaration of Edmund J. Ferdinand, III, and good cause appearing therefor,

IT IS THEREFORE HEREBY ORDERED that all future filings in these consolidated matters be in Civil Action No. C 09-02470 JSW (EMC) and that Cavit be designated as the plaintiff in these consolidated matters at the trial of these matters.

Dated: July  19 , 2010.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

e:\grimes\adminrelief-proposed-order-02

[PROPOSED] ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF

2

C 09-02470 JSW (EMC)